UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 16-00984 JVS (ASx)                    Date   January 10, 2017

Title   Frankie Wayne Schmode v. JPMorgan Chase Bank, N.A. et al

Present: The
Honorable          James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Dismissal for Lack of Prosecution

**On December 5,  2016, the Court granted defendants motion to dismiss and plaintiff was granted to amend the complaint.     As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than Januay 27, 2017,  why this action should not be dismissed for lack of prosecution.**

                                                                                            :        00

                                        Initials of Preparer          kjt